IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GUS PASKO,

    Plaintiff,

v.                                          CASE NO.: 1:11cv46-SPM/GRJ

PATRICK A. CAREY, PA,

    Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to the Notice of Settlement (doc. 6) and Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1.    This case is dismissed with prejudice.

2.    The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 20th day of April, 2011.

                                          *s/ Stephan P. Mickle*
                                          Stephan P. Mickle
                                          Chief United States District Judge